IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

WILLIAM M. GOODE
_____/

SEALED
INDICTMENT

3:15cr4/MCR

THE GRAND JURY CHARGES:

COUNT ONE

Between on or about November 6, 2014, and on or about November 10, 2014, in the Northern District of Florida, the defendant,

**WILLIAM M. GOODE,**

using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

COUNT TWO

Between on or about January 1, 2012, and on or about November 10, 2014, in the Northern District of Florida, the defendant,

**WILLIAM M. GOODE,**

did knowingly receive, and attempt to receive, images and videos containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been

Returned in open court pursuant to Rule 6(f)

Date 2/18/15

United States Magistrate Judge

shipped and transported using any means or facility of interstate and foreign commerce, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT THREE

On or about November 10, 2014, in the Northern District of Florida, the defendant,

### WILLIAM M. GOODE,

did knowingly possess material that contained images and videos of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained twelve (12) years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference as part of this forfeiture count. Because the defendant,

### WILLIAM M. GOODE,

did knowingly commit an offense under Section 2422 of Chapter 117, any and all interest that this defendant has in any property, real and personal, used and intended to be used to commit and facilitate the commission of said offense and constituting and derived from

any proceeds obtained directly and indirectly as a result of said offense, is vested in the United States and hereby forfeited to the United States.

All pursuant to Title 18, United States Code, Section 2428.

### CHILD PORNOGRAPHY FORFEITURE

The allegations contained in Counts Two and Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2253. From his engagement in the violations alleged in Counts Two and Three of this Indictment, the defendant,

### WILLIAM M. GOODE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

A.  Any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

B.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts Two and Three of this Indictment; and

C. Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts Two and Three of this Indictment.

D. The property referenced in subparagraphs A, B, and C above includes, but is not limited to, computer hardware such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, and hard disk drives or units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the hardware and software mentioned above, tools, equipment, and manuals and documentation for the assembly and use of the hardware and software mentioned above.

If, as the result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

i. cannot be located upon the exercise of due diligence;

ii. has been transferred or sold to, or deposited with, a third person;

iii. has been placed beyond the jurisdiction of the Court;

iv. has been substantially diminished in value; or

v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253, to seek forfeiture of any other property of the defendant up to the value of any forfeitable property described above.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

Redacted per privacy policy

FOREPERSON

DATE 2-17-2015

PAMELA C. MARSH
United States Attorney

DAVID L. GOLDBERG
Assistant United States Attorney

JEFFREY M. THARP
Assistant United States Attorney